

FIB 3950957

1975-0606-0958-D

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| William Ray Hagood | ) | Case No. 3:09-00296 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |



## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* William Ray Hagood

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Order by Judge Eli J. Richardson (Doc. No. 20).

Date: 06/05/2019

_____
*Issuing officer's signature*

City and state: Nashville, Tennessee

Joyce A. Brooks, Criminal Docketing Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                   Weight:

Sex:                                                      Race:

Hair:                                                     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Prob 12C
TNMP (11/2018)

# UNITED STATES DISTRICT COURT
## for
## Middle District of Tennessee

## Post-Conviction Supervision Petition

Name: <u>William Ray Hagood</u>     Docket Numbers:<u> 3:09CR00187 & 3:09CR00296-001</u>

Name of Sentencing Judicial Officer: <u>The Honorable William J. Haynes, Jr., U.S. District Judge</u>

Date of Sentence: <u>March 29, 2010</u>

Offense: <u>18 U.S.C. § 2113(a) Bank Robbery (3 counts)</u>

Sentence: <u>94 month's custody and three years' supervised release</u>

Date Supervision Commenced: <u>May 23, 2019</u>

Assistant U.S. Attorney: <u>Byron Jones</u>     Defense Attorney: <u>Caryll Alpert</u>

---

### PETITIONING THE COURT
**To Issue a Warrant**

---

I declare under penalty of perjury that the information contained in this petition is true and correct. Respectfully submitted this 31st day of May, 2019.

_____
Zachary Johnson
U.S. Probation Officer

---

The Court Orders:
☐ No Further Action at this Time
☐ The Issuance of a Summons
☒ The Issuance of a Warrant
  ☐ Sealed Pending Warrant Execution (cc: U.S. Probation and U.S. Marshal only)
☐ The Consideration of Additional Violations and/or Information
☐ Other

Considered, this <u>4th</u> day of <u>June</u>, 2019, and made part of the record in the above case.

_____
The Honorable Eli Richardson
United States District Judge

Offender Name: William Hagood  
Docket Number: 3:09CR00296-001

Page 2

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not illegally possess a controlled substance.** |

Mr. Hagood admitted to possessing methamphetamine. The Marmet Police Department found three and-one-half grams of methamphetamine in Mr. Hagood's pants pocket. The substance field tested positive for methamphetamine.

| | |
|---|---|
| 2. | **The defendant shall not leave the judicial district without permission of the court or probation officer.** |

Mr. Hagood was arrested in Marmet, West Virginia, on May 29, 2019. He had no authorization to leave the Middle District of Tennessee.

| | |
|---|---|
| 3. | **The defendant shall not commit another federal, state, or local crime.** |

Mr. Hagood was charged by the Marmet Police Department with Receiving or Transferring Stolen Goods, Felony and Possession of a Controlled Substance, Felony. The Marmet Police Department observed a blue Toyota Corolla vehicle in a gas station parking lot. An inquiry of the vehicle revealed it was stolen out of Tennessee. Mr. Hagood entered and operated the vehicle. He was stopped and ordered to exit the vehicle. Mr. Hagood complied with this directive. Mr. Hagood indicated that he had methamphetamine in his possession. Three and one-half grams of a clear crystal substance was in his right pants pocket. The substance field tested positive for methamphetamine. Mr. Hagood was transported to the South Central Regional Jail located in Charleston, West Virginia.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Hagood was sentenced on March 29, 2010, in the Middle District of Tennessee to three counts of Bank Robbery. He commenced his three-year term of supervised release on May 23, 2019, after he was released from the Florida Department of Corrections.

The undersigned officer attempted to transfer Mr. Hagood's supervision to the Middle District of Florida, as he provided a release option while in the custody of the Florida Department of Corrections. On May 9, 2019, this officer submitted a transfer request. It was subsequently denied on May 14, 2019, as the release option proposed was to reside with a convicted felon befriended by Mr. Hagood while the two were in custody together. On May 21, 2019, this officer provided reporting instructions for Mr. Hagood to report to the Nashville office on Friday, May 24, 2019, and then again on Tuesday, May 28, 2019, for his intake. Mr. Matthew Garner, Florida Release Officer, was provided with names and addresses of two shelters in downtown Nashville to forward to Mr. Hagood.

On May 24, 2019, Mr. Hagood reported to the office and U.S. Probation Officer Amanda Michele provided him direction on locating the Nashville Rescue Mission.

On May 28, 2019, Mr. Hagood failed to report to the probation office as directed.

On May 29, 2019, this officer received automated law enforcement messages indicating that a law enforcement agency had contact with Mr. Hagood. This officer contacted Officer Clark with the Marmet Police Department in West Virginia. He informed this officer that he observed Mr. Hagood approach and

Offender Name: William Hagood  
Docket Number: 3:09CR00296-001  
Page 3

enter a stolen vehicle in an Exxon gas station. He questioned Mr. Hagood on how he gained access to the vehicle. Mr. Hagood stated he paid a friend $100 for it and provided the friend's name. The name did not coincide with the name registered to the vehicle, which was reported stolen out of Tennessee. Mr. Hagood admitted to possessing illicit drugs and was found to be in possession of 3.5 grams of methamphetamine. He stated he was driving to Pennsylvania to see a girlfriend and he acknowledged that he was required to report to the probation office on May 28, 2019. Mr. Hagood was transported to the South Central Regional Jail located in Charleston, West Virginia.

### Update of Offender Characteristics:
Mr. Hagood has a detainer from Jackson County, Tennessee, for a prior violation of probation. On April 30, 2019, it was temporarily removed as they would not extradite him from the state of Florida. This officer informed the Jackson County Sherriff's Office of Mr. Hagood's release from the Florida Department of Corrections and his subsequent arrest. He is currently in custody at the South Central Regional Jail in Charleston, West Virginia.

### U.S. Probation Officer Recommendation:
The undersigned officer respectfully recommends that a warrant be issued for Mr. Hagood to be brought before the Court to answer to the above referenced violations of supervised release.

## SENTENCING RECOMMENDATION
## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## UNITED STATES V. WILLIAM RAY HAGOOD  CASE NO. 3:09CR00187 & 3:09CR00296-001

**GRADE OF VIOLATION:**     A
**CRIMINAL HISTORY:**       VI

**ORIGINAL OFFENSE DATE:**     POST APRIL 30, 2003       PROTECT ACT PROVISIONS

|  | Statutory Provisions | Guideline Provisions | Recommended Sentence |
|---|---|---|---|
| **Custody:** | 2 years (Class C felony) *18 U.S.C. § 3583(e)(3)* | 33-41 months *U.S.S.G. § 7B1.4(a)* | 24 months |
| **Supervised Release:** | 3 less any term of imprisonment *18 U.S.C. § 3583(h)* | 1-3 years *U.S.S.G § 5D1.2(a)(2)* | None |

*Although the Guideline Range is 33-41 months, the statutory maximum penalty is 24 months.

**Statutory Provisions:**
Under 18 U.S.C. § 3583(e)(3) the Court may revoke a term of supervised release, and require the defendant to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for time previously served on post release supervision, if the Court finds by a preponderance of the evidence that the defendant violated a condition of supervised release. When a term of supervised release is revoked and the defendant is required to serve a term of imprisonment, the Court may include a requirement that the defendant be placed on a term of supervised release after imprisonment. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment that was imposed upon revocation of supervised release, in accordance with 18 U.S.C. § 3583(h).

Under 18 U.S.C. § 3583(g)(1) if the defendant possesses a controlled substance in violation of the condition set forth in subsection (d); the Court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment not to exceed the maximum term of imprisonment authorized under subsection (e)(3).

**Guideline Policy Statements:**
U.S.S.G. § 7B1.1(a)(1) Grade A Violations - conduct constituting (A) a federal, state, or local offense punishable by a term of imprisonment exceeding one year that (i) is a crime of violence, (ii) is a controlled substance offense, or (iii) involves possession of a firearm or destructive device of a type described in 26 U.S.C. § 5845(a); or (B) any other federal, state, or local offense punishable by a term of imprisonment exceeding twenty years.

U.S.S.G. § 7B1.3(a)(1) Upon a finding of a Grade A or B violation, the court shall revoke probation or supervised release.

Approved:

Donna Jackson
Supervisory U.S. Probation Officer

# WILLIAM RAY HAGOOD
Custody Record

Age 36
Gender Male
Race White

You are not signed up for notifications

RECORD DETAILS                    GET NOTIFIED

Ethnicity  Non-Hispanic
Date of Birth  Dec 02, 1982
ID Number  3642047

Custody Status Date  May 29, 2019 09:32 AM EDT
Custody Status  In Custody
Custody Detail  South Central Regional Jail and Correctional Facility
Book Date  May 29, 2019 06:15 AM EDT

LOCATION
South Central Regional Jail and Correctional Facility
1001 Centre Way
Charleston, WV 25309
(304) 558-1336

REPORTING AGENCY
West Virginia Division of Corrections and Rehabilitation
1409 Greenbrier St.
Charleston, WV 25311
(304) 558-2036